# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAWANESA GENERAL INSURANCE COMPANY,<br><br>                              Plaintiff,<br><br>   vs.<br><br>APPLICA CONSUMER PRODUCTS, INC,<br><br>                              Defendant. | CASE NO. 06cv1781 WQH (NLS)<br><br>**ORDER DENYING PLAINTIFF'S EX PARTE REQUEST FOR LEAVE TO FILE A MOTION AFTER THE CUTOFF DATE TO SUPPLEMENT PLAINTIFF'S EXPERT WITNESS REPORT WITH REBUTTAL IGNITION TEST**<br><br>[Doc. No. 22] |

Plaintiff filed a request that the Court allow it to either file a motion asking permission to supplement its expert report, or to outright grant Plaintiff's request to supplement its expert's report.

On May 18, 2007, the Court issued a scheduling order that set the date to exchange initial expert reports as October 19, 2007, and the date to supplement those reports as November 2, 2007. Discovery closed on December 18, 2007. No party ever requested to extend any of the dates in the scheduling order.

Plaintiff says that on April 28, 2008, Defendant's expert produced a supplemental report. Plaintiff's expert analyzed the supplemental report and prepared a response to it on July 8, 2008. Plaintiff asked Defendant to stipulate to Plaintiff's supplemental report. Defendant did not agree.

The Court has considered the request, and for lack of good cause shown, **DENIES** Plaintiff's

1 request to supplement its expert's report.  Here, Defendant never requested or received the Court's
2 permission to extend the expert's supplemental report disclosure deadline. This Court, therefore, finds
3 that Plaintiff's proper remedy is to file a motion in limine with the district judge asking to strike
4 Defendant's supplemental expert report.

5 **IT IS SO ORDERED.**

6 DATED:  July 21, 2008

8 Hon. Nita L. Stormes
U.S. Magistrate Judge