# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAWANESA GENERAL INSURANCE COMPANY, <br><br> Plaintiff, <br> vs. <br> APPLICA CONSUMER PRODUCTS, INC., <br><br> Defendant. | CASE NO. 06cv1781 WQH (NLS) <br><br> JUDGMENT |

HAYES, Judge:

The Court held a jury trial in this matter beginning November 18, 2008, and ending with a jury verdict for the Defendant on November 21, 2008. Based on the jury verdict, the Court awards judgment in favor of Defendant Applica Consumer Products, Inc. and against Plaintiff Wawanesa General Insurance Company.

**IT IS SO ORDERED**.

DATED: November 24, 2008

*/s/ William Q. Hayes*
**WILLIAM Q. HAYES**
United States District Judge